UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ERICK CANALES,<br><br>    Defendants. | No. 16-CR-212 (VEC) |

**DEFENDANT'S MOTION FOR MODIFICATION OF HIS SENTENCE**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned will move the Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a time the Court designates, for an Order granting the relief specified in the accompanying memorandum of law, and granting such other and further relief as the Court deems just and proper.

Dated:  Brooklyn, New York
        March 31, 2020

                                        Respectfully submitted,

                                        /s Ezra Spilke
                                        Ezra Spilke
                                        1825 Foster Avenue, Suite 1K
                                        Brooklyn, New York 11230
                                        (718) 783-3682
                                        *Counsel for Erick Canales*